No. 71–488.   SIMMS *v.* SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES.   Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 71–490.   BURCH *v.* NEW JERSEY.   Super. Ct. N. J. Certiorari denied.

No. 71–495.   INTERNATIONAL ASSOCIATION OF MACHINISTS & AEROSPACE WORKERS (AFL–CIO) ET AL. *v.* UNITED AIRCRAFT CORP.   Sup. Ct. Conn.   Certiorari denied.

No. 71–497.   KOTSAK *v.* NEW JERSEY.   Super. Ct. N. J.   Certiorari denied.

No. 71–501.   EDGAR, COMMISSIONER OF EDUCATION OF TEXAS, ET AL. *v.* UNITED STATES.   C. A. 5th Cir.   Certiorari denied.

No. 71–502.   ESTATE OF FRIED *v.* COMMISSIONER OF INTERNAL REVENUE.   C. A. 2d Cir.   Certiorari denied.

No. 71–503.   WHITCOMB *v.* GENERAL DYNAMICS CORP. ET AL.   C. A. 4th Cir.   Certiorari denied.

No. 71–504.   NEWS-JOURNAL Co. *v.* NATIONAL LABOR RELATIONS BOARD.   C. A. 3d Cir.   Certiorari denied.

No. 71–508.   HENNING *v.* UNITED STATES.   C. A. 3d Cir.   Certiorari denied.

No. 71–510.   PACIFIC MARITIME ASSN. ET AL. *v.* LOCAL 13, INTERNATIONAL LONGSHOREMEN'S & WAREHOUSEMEN'S UNION.   C. A. 9th Cir.   Certiorari denied.